B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A&O Life Fund, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5853712** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 N. LaSalle Street, Suite 2100**<br>**Chicago, IL**<br>ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **A&O Life Fund, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A&O Life Fund, LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

---

**Signature of Attorney\***

**X /s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

Email: mlgesas@arnstein.com
**(312) 876-7125 Fax: (312) 876-6260**
Telephone Number

**September 2, 2009**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Russell E. Mackert**
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September 2, 2009**
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **A&O Life Fund, LLC**                                                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Life Fund 5.1, LLC**<br>**Northern** | **09-32672**<br>**Affiliate** | **09/02/09**<br>**A. Benjamin Goldgar** |

**See list of affiliated debtors**

EXHIBIT TO PETITION

## **AFFILIATED DEBTORS**
## **Cases Filed September 1, 2009**

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

In re    **A&O Life Fund, LLC**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                    __1__    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                    ,    Case No. _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph - Level 7-425 Chicago, IL 60606** | - | | | | | | Unknown | Unknown | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | Unknown | Unknown | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | |
| **Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | Unknown | Unknown | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | |
| **Securities and Exchange Commission** | - | | | | | | Unknown | Unknown | |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | | | | | | | |
| **Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | Unknown | Unknown | |
| | | | | | | | Unknown | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to                                 Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims              (Total of this page)    0.00         0.00

                                                                                                     Total            0.00
                                                                          (Report on Summary of Schedules)    0.00    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **A&O Life Fund, LLC**                                                  Case No. _____
                                                                          ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Ables, David Lee 5325 Ramsey Rd. Memphis, TN 38127 | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| Ables, Edna Sue 5325 Ramsey Rd. Memphis, TN 38127 | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| Ables, Edna Sue 5325 Ramsey Rd. Memphis, TN 38127 | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| Amidei, Maurice E. and Sara A. 9802 Chiselhurst Dr. Houston, TX 77065 | | - | | | | | | | **Unknown** |

__20__ continuation sheets attached

Subtotal
(Total of this page)                                                   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:27036-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Life Fund, LLC**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anderson, Spencer D.**<br>**1782 City Hwy Z**<br>**Blue Mounds, WI 53517** | - | | **Investment** | | | | Unknown |
| Account No.<br><br>**Arbetter, Wallen S.**<br>**820 Winchester Lane**<br>**Northbrook, IL 60062** | - | | **Investment** | | | | Unknown |
| Account No.<br><br>**Bautista, Maria M.**<br>**12322 Ocean Laurel Lane**<br>**Houston, TX 77014** | - | | **Investment** | | | | Unknown |
| Account No.<br><br>**Bautista, Maria M.**<br>**12322 Ocean Laurel Lane**<br>**Houston, TX 77014** | - | | **Investment** | | | | Unknown |
| Account No.<br><br>**Beck, Doyle H.**<br>**2658 W 49 S**<br>**Idaho Falls, ID 83402** | - | | **Investment** | | | | Unknown |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Life Fund, LLC**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Bouchard, Donald F.** **2527 N. Brighton PL.** **Arlington Heights, IL 60004** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Bradford, Teresa R.** **4907 Preston Trails Lane** **Pasadena, TX 77505** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Broussard, Troy** **2201 Airline Dr.** **Friendswood, TX 77546** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Burcham, Ricky F.** **423 Harden Drive** **Waynesboro, TN 38485** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Callen, Anna H.** **6703 SW Drakestone** **Lawton, OK 73505** | - | | | | | | **Unknown** |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Life Fund, LLC**                                                   ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Investment | | | | |
| Carrington, Hattie C. 209 Gan Yard Farm Way Durham, NC 27703-6232 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Childress, Dan P. 101 FM 1467 S. Zephyr, TX 76890 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Cordell, Kenneth R. 9550 Ella Lee Lane Apt. 3108 Houston, TX 77024 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Czarnecki, Yuan F. 3104 Creek Bend Dr. Friendswood, TX 77546 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Dabelic, Ivo 326 Gleneagles Dr. Friendswood, TX 77546 | | | | | | | | Unknown |

Sheet no. __3___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Life Fund, LLC** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dahl, Anna H.**<br>**3303 Meadow Lane**<br>**Glenview, IL 60025** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Dang, Chau N.**<br>**12806 Dadebrook Ct.**<br>**Houston, TX 77041** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Davies, Constance A.**<br>**4413 N. Keystone**<br>**Chicago, IL 60630** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Dewart, Michael P. and Lindsey E.**<br>**4626 W. 191 St.**<br>**Torrance, CA 90503** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**DiMaria, Frank**<br>**8113 Olcott Ave.**<br>**Niles, IL 60714** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Doherty, Dennis**<br>**15145 Freedom Way**<br>**Plainfield, IL 60544** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Domrase, Dale**<br>**8960 Dalmar Dr.**<br>**Brainerd, MN 56401** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Dunlap, Larry E.**<br>**42362 Porcupine Bay Rd. N.**<br>**Davenport, WA 99122** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Elizabeth A. Bryant Living Trust**<br>**316 Cedar Valley Rd.**<br>**Delafield, WI 53018** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Entrust Group**<br>**Entrust Retirement Services, Inc.**<br>**17171 Park Row, Suite 100**<br>**Houston, TX 77084** | | | 2 quarters due - $195/quarter per qualified account investor ($390 per investor x 80 investors) | | | | 15,600.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of                        Subtotal | 15,600.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Life Fund, LLC**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Floyd E. Guest, Jr., Trustee 5826 Doliver Dr. Houston, TX 77057 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Frank, John G. 3607 9th. St. E. Bradenton, FL 34208 | | - | | | | | | Unknown |
| Account No.  Policy No. 6802499 | | | | Policy Premiums | | | | |
| Genworth Life 700 Main Street Lynchburg, VA 24504 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hall, Virgil Randolph 236 Sutton Ave. Reedville, VA 22539 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Hanks, Darryl E. 227 Crown Point Dr. Coppell, TX 75019 | | - | | | | | | Unknown |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Life Fund, LLC**                                           ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment | | | | |
| **Hanneman, Rita**<br>**11774 Sunset Dr.**<br>**Marshfield, WI 54449** | | - | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hill, Gerald O.**<br>**3510 96th. St.**<br>**Lubbock, TX 79423** | | - | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hite, Don Stanley**<br>**633 NE Shoreline Dr.**<br>**Lee's Summitt, MO 64064** | | - | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hogan Family Trust**<br>**3006 McNeil #442**<br>**Wichita Falls, TX 76309** | | - | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hogan, Lanell**<br>**3006 McNeil #442**<br>**Wichita Falls, TX 76309** | | - | | | | | | **Unknown** |

Sheet no. __7___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Huskey, Peggy J. 62934 Marsh Orchid Dr. Bend, OR 97701-8799** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Irwin, Gary Ortis, Jr. 5524 CR 244 Brazoria, TX 77422** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Johnson, Charles C., Jr. 19206 Kelly Pines Ct. Humble, TX 77346** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Jones, Randolph L. 1970 South Westchester Dr. Petersburg, VA 23805** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Jones, Randolph L. 1970 South Westchester Dr. Petersburg, VA 23805** | | - | | | | | **Unknown** |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Kenneth & Michelle Fancher JTWROS 26110 Rimwick Forest Magnolia, TX 77354 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Ketaner, Joseph C. 6027 Pin Oak Place Spring, TX 77379 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kocan, Eric John 8126 Winding Oak Lane Spring, TX 77379 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kowalski, Jerome M. W125 S 8292 N. Cape Rd. Muskego, WI 53150 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| L Dean & Carrie B Jolley JTWROS 1903 East 900 South Salt Lake City, UT 84108 | - | | | | | | | Unknown |

Sheet no. __9__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Life Fund, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Lahasky, Andrew 19 Laxey Glen Spring, TX 77379 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Lefholz, Richard A. 177 Stewart Farm Rd. Gray, GA 31032 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Lehane, Joseph E. 2005 Shadow Brook Circle Round Rock, TX 78681 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Leroy & Linda Treadway JTWROS 8700 Tweed Houston, TX 77061 | - | | | | | | | Unknown |
| Account No. **Policy No. 01N1291796** | | | | Policy Premiums | | | | |
| Lincoln Benefit Life Insurance Co. P.O. Box 80469 Lincoln, NE 68501-0469 | - | | | | | | | Unknown |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Policy No. JF5571385**<br><br>**Lincoln National Life Ins. Co.**<br>**P.O. Box 7247-0439**<br>**Philadelphia, PA 19170-0439** | - | | **Policy Premiums** | | | | **Unknown** |
| Account No.<br><br>**Lindsey, Carol J.**<br>**8726 Heron View St.**<br>**Houston, TX 77064** | - | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Lucas, Gertrude (c/o Dorothy Bohac)**<br>**4721 Tonawanda**<br>**Houston, TX 77035** | - | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Madden, Charles D.**<br>**6210 Campbell Rd. #160**<br>**Dallas, TX 75248** | - | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Malcomson, Dorothy B.**<br>**1769 W. 5400 N.**<br>**St. George, UT 84770** | - | | **Investment** | | | | **Unknown** |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**McWhirter, Jack E.**<br>**5453 Central Ave.**<br>**Portage, IN 46368** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Mestas, Angie**<br>**5258 S. Kinsman Cr.**<br>**Kearns, UT 84118** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Mistry, Jashu T.**<br>**605 Woolsey**<br>**Dallas, TX 75224** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Moore, Harry S.**<br>**332 Old Landing Rd.**<br>**Millsboro, DE 19966** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Morse, Bruce W.**<br>**802 Maalahi St.**<br>**Wailuku, HI 96793** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Life Fund, LLC**                                              ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Munoz, Rodolfo**<br>**106 S. 5th. St.**<br>**Donna, TX 78537** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Narramore, Buford A.**<br>**2001 Oak Trail Dr.**<br>**May, TX 76857** | - | | | | | | **Unknown** |
| Account No.  **Policy No. NL2364882** | | | Policy Premiums | | | | |
| **National Life Insurance Co.**<br>**P.O. Box 371894**<br>**Pittsburgh, PA 15250-7894** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Nguyen, Phoung T.**<br>**2718 Planters View Lane**<br>**Missouri City, TX 77459** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Norwood, Linda K.**<br>**9534 Winter Run**<br>**Houston, TX 77064** | - | | | | | | **Unknown** |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Life Fund, LLC_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Norwood, Linda K.** <br> **9534 Winter Run** <br> **Houston, TX 77064** | - | | | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Norwood, Linda K.** <br> **9534 Winter Run** <br> **Houston, TX 77064** | - | | | **Investment** | | | | **Unknown** |
| Account No. <br><br> **Orr, James Clifford** <br> **5580 Lake Park Way #21** <br> **LaMesa, CA 91942** | - | | | **Investment** | | | | **Unknown** |
| Account No. **Policy No. 97509733** <br><br> **Phoenix Life Insurance Company** <br> **30 Dan Road, Suite 8027** <br> **Canton, MA 02021-2809** | - | | | **Policy Premiums** | | | | **Unknown** |
| Account No. <br><br> **Pond, Larry Gail** <br> **934 Hartman Dr.** <br> **Baytown, TX 77521** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __14__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Prince, Darlene RR 1 Box 1755 Dickinson, TX 77539 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Ray, Ivan B. 2316 80TH. Street Kenosha, WI 53143 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Raybon, Kenneth Wayne 1351 Huntsman Orange, TX 77632 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Reeves, Jean 6213 Lost Creek Dr. Corpus Christi, TX 78413 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Robert & Constance Stukenberg JTWROS 8 Palmatum Irvine, CA 92620 | - | | | | | | Unknown |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                                            ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Robert D. White Irrevocable Trust** **2821 Kendallwood, Apt. 3** **Gladstone, MO 64119** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ronald & Laura Lajaunie JTWROS** **9727 Santa Monica Blvd.** **Houston, TX 77089** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ronald G & Margaret M Seid, JTWROS** **995 Stanford Dr.** **Rogersville, MO 65742** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ruffino, Carl & Beverly** **3319 Summerwood Lane** **Pearland, TX 77584** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ruiz, Andres** **2123 Mountain Ranch Drive** **Houston, TX 77210-4896** | - | | | | | | **Unknown** |

Sheet no. __**16**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **A&O Life Fund, LLC** _____,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Samson, Lilia S.**<br>**2219 Manchester Lane**<br>**Pearland, TX 77581** | | - | | Investment | | | | Unknown |
| Account No.<br><br>**Sandmire, Yvonne**<br>**800 Ranch Rd.**<br>**Boise, ID 83702** | | - | | Investment | | | | Unknown |
| Account No.<br><br>**Sandmire, Yvonne**<br>**800 Ranch Rd.**<br>**Boise, ID 83702** | | - | | Investment | | | | Unknown |
| Account No.<br><br>**Scheel, Timothy R.**<br>**20125 N. Woodland Circle**<br>**Mokena, IL 60448** | | - | | Investment | | | | Unknown |
| Account No.<br><br>**Self, Mark E.**<br>**1464 Drake Lane**<br>**Lancaster, PA 17601-4953** | | - | | Investment | | | | Unknown |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Life Fund, LLC_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Investment | | | | |
| Shiakallis, Angela 1322 S. Yale Arlington Heights, IL 60005 | | | | | | | | | Unknown |
| Account No. | | | - | | Investment | | | | |
| Shiakallis, Theodore 1322 S. Yale Arlington Heights, IL 60005 | | | | | | | | | Unknown |
| Account No. Policy No. 20068584 | | | - | | Policy Premiums | | | | |
| Sun Life Financial P.O. Box 0760 Carol Stream, IL 60132-0760 | | | | | | | | | Unknown |
| Account No. | | | - | | Investment | | | | |
| Teague, Javena 4418 Oakside Houston, TX 77053 | | | | | | | | | Unknown |
| Account No. | | | - | | Investment | | | | |
| Thomas, Gail M. 3608 Surrey Lane Brownwood, TX 76801 | | | | | | | | | Unknown |

Sheet no. __18__ of __20__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Life Fund, LLC**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Policy No. 60081812**<br><br>**Transamerica**<br>**401 N. Tryon Street, Suite 700**<br>**Charlotte, NC 28202** | - | | | | Policy Premiums | | | | **Unknown** |
| Account No. **Policy No. 60134442**<br><br>**Transamerica**<br>**401 N. Tryon Street, Suite 700**<br>**Charlotte, NC 28202** | - | | | | Policy Premiums | | | | **Unknown** |
| Account No.<br><br>**Trousdale, Martha**<br>**1610 N. Pennsylvania**<br>**Shawnee, OK 74804** | - | | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Tuomi, Nathan D.**<br>**18441 State Hwy 371**<br>**Brainerd, MN 56401** | - | | | | Investment | | | | **Unknown** |
| Account No.<br><br>**Veasaw, Wesley A.**<br>**3703 Spring Arbor Way**<br>**Kingwood, TX 77345** | - | | | | Investment | | | | **Unknown** |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Life Fund, LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Wanda L. White Revocable LT 1048 N. Alamo Rd. #215 Alamo, TX 78516-6945 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Warnell, Wilbern E. Jr. 19307 Rolling Sage Dr. Katy, TX 77449 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| White, David C. 3907 Chestnut Bend Missouri City, TX 77459 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Willis, Betty L. 1021 Jane Dr. Culloden, WV 25510 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Yang, Miriam 2724 Karen Lane Glenview, IL 60025 | - | | | | | | Unknown |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 15,600.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __A&O Life Fund, LLC__ _____    Case No. _____

                                                                  Debtor(s)      Chapter    __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __September  2, 2009__ _____      Signature    __/s/ Russell E. Mackert__ _____

                                                                                     **Russell E. Mackert**

                                                                                     **Manager of Shepherd Capital Management, LLC**

_Penalty for making a false statement or concealing property:_   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A&O Life Fund, LLC**                        Case No. _____

                      Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **104**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September  2, 2009** _____     **/s/ Russell E. Mackert** _____

                                         **Russell E. Mackert/Manager of Shepherd Capital Management, LLC**
                                         Signer/Title

Ables, David Lee
5325 Ramsey Rd.
Memphis, TN 38127


Ables, Edna Sue
5325 Ramsey Rd.
Memphis, TN 38127


Amidei, Maurice E. and Sara A.
9802 Chiselhurst Dr.
Houston, TX 77065


Anderson, Spencer D.
1782 City Hwy Z
Blue Mounds, WI 53517


Arbetter, Wallen S.
820 Winchester Lane
Northbrook, IL 60062


Bautista, Maria M.
12322 Ocean Laurel Lane
Houston, TX 77014


Beck, Doyle H.
2658 W 49 S
Idaho Falls, ID 83402


Bouchard, Donald F.
2527 N. Brighton PL.
Arlington Heights, IL 60004


Bradford, Teresa R.
4907 Preston Trails Lane
Pasadena, TX 77505


Broussard, Troy
2201 Airline Dr.
Friendswood, TX 77546


Burcham, Ricky F.
423 Harden Drive
Waynesboro, TN 38485

Callen, Anna H.
6703 SW Drakestone
Lawton, OK 73505


Carrington, Hattie C.
209 Gan Yard Farm Way
Durham, NC 27703-6232


Childress, Dan P.
101 FM 1467 S.
Zephyr, TX 76890


Cordell, Kenneth R.
9550 Ella Lee Lane Apt. 3108
Houston, TX 77024


Czarnecki, Yuan F.
3104 Creek Bend Dr.
Friendswood, TX 77546


Dabelic, Ivo
326 Gleneagles Dr.
Friendswood, TX 77546


Dahl, Anna H.
3303 Meadow Lane
Glenview, IL 60025


Dang, Chau N.
12806 Dadebrook Ct.
Houston, TX 77041


Davies, Constance A.
4413 N. Keystone
Chicago, IL 60630


Dewart, Michael P. and Lindsey E.
4626 W. 191 St.
Torrance, CA 90503


DiMaria, Frank
8113 Olcott Ave.
Niles, IL 60714

Doherty, Dennis
15145 Freedom Way
Plainfield, IL 60544


Domrase, Dale
8960 Dalmar Dr.
Brainerd, MN 56401


Dunlap, Larry E.
42362 Porcupine Bay Rd. N.
Davenport, WA 99122


Elizabeth A. Bryant Living Trust
316 Cedar Valley Rd.
Delafield, WI 53018


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084


Floyd E. Guest, Jr., Trustee
5826 Doliver Dr.
Houston, TX 77057


Frank, John G.
3607 9th. St. E.
Bradenton, FL 34208


Genworth Life
700 Main Street
Lynchburg, VA 24504


Hall, Virgil Randolph
236 Sutton Ave.
Reedville, VA 22539


Hanks, Darryl E.
227 Crown Point Dr.
Coppell, TX 75019


Hanneman, Rita
11774 Sunset Dr.
Marshfield, WI 54449

Hill, Gerald O.
3510 96th. St.
Lubbock, TX 79423


Hite, Don Stanley
633 NE Shoreline Dr.
Lee's Summitt, MO 64064


Hogan Family Trust
3006 McNeil #442
Wichita Falls, TX 76309


Hogan, Lanell
3006 McNeil #442
Wichita Falls, TX 76309


Huskey, Peggy J.
62934 Marsh Orchid Dr.
Bend, OR 97701-8799


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60606


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


Irwin, Gary Ortis, Jr.
5524 CR 244
Brazoria, TX 77422


Johnson, Charles C., Jr.
19206 Kelly Pines Ct.
Humble, TX 77346


Jones, Randolph L.
1970 South Westchester Dr.
Petersburg, VA 23805


Kenneth & Michelle Fancher JTWROS
26110 Rimwick Forest
Magnolia, TX 77354

Ketaner, Joseph C.
6027 Pin Oak Place
Spring, TX 77379


Kocan, Eric John
8126 Winding Oak Lane
Spring, TX 77379


Kowalski, Jerome M.
W125 S 8292 N. Cape Rd.
Muskego, WI 53150


L Dean & Carrie B Jolley JTWROS
1903 East 900 South
Salt Lake City, UT 84108


Lahasky, Andrew
19 Laxey Glen
Spring, TX 77379


Lefholz, Richard A.
177 Stewart Farm Rd.
Gray, GA 31032


Lehane, Joseph E.
2005 Shadow Brook Circle
Round Rock, TX 78681


Leroy & Linda Treadway JTWROS
8700 Tweed
Houston, TX 77061


Lincoln Benefit Life Insurance Co.
P.O. Box 80469
Lincoln, NE 68501-0469


Lincoln National Life Ins. Co.
P.O. Box 7247-0439
Philadelphia, PA 19170-0439


Lindsey, Carol J.
8726 Heron View St.
Houston, TX 77064

Lucas, Gertrude (c/o Dorothy Bohac)
4721 Tonawanda
Houston, TX 77035


Madden, Charles D.
6210 Campbell Rd. #160
Dallas, TX 75248


Malcomson, Dorothy B.
1769 W. 5400 N.
St. George, UT 84770


McWhirter, Jack E.
5453 Central Ave.
Portage, IN 46368


Mestas, Angie
5258 S. Kinsman Cr.
Kearns, UT 84118


Mistry, Jashu T.
605 Woolsey
Dallas, TX 75224


Moore, Harry S.
332 Old Landing Rd.
Millsboro, DE 19966


Morse, Bruce W.
802 Maalahi St.
Wailuku, HI 96793


Munoz, Rodolfo
106 S. 5th. St.
Donna, TX 78537


Narramore, Buford A.
2001 Oak Trail Dr.
May, TX 76857


National Life Insurance Co.
P.O. Box 371894
Pittsburgh, PA 15250-7894

Nguyen, Phoung T.
2718 Planters View Lane
Missouri City, TX 77459

Norwood, Linda K.
9534 Winter Run
Houston, TX 77064

Orr, James Clifford
5580 Lake Park Way #21
LaMesa, CA 91942

Phoenix Life Insurance Company
30 Dan Road, Suite 8027
Canton, MA 02021-2809

Pond, Larry Gail
934 Hartman Dr.
Baytown, TX 77521

Prince, Darlene
RR 1 Box 1755
Dickinson, TX 77539

Ray, Ivan B.
2316 80TH. Street
Kenosha, WI 53143

Raybon, Kenneth Wayne
1351 Huntsman
Orange, TX 77632

Reeves, Jean
6213 Lost Creek Dr.
Corpus Christi, TX 78413

Robert & Constance Stukenberg JTWROS
8 Palmatum
Irvine, CA 92620

Robert D. White Irrevocable Trust
2821 Kendallwood, Apt. 3
Gladstone, MO 64119

Ronald & Laura Lajaunie JTWROS
9727 Santa Monica Blvd.
Houston, TX 77089


Ronald G & Margaret M Seid, JTWROS
995 Stanford Dr.
Rogersville, MO 65742


Ruffino, Carl & Beverly
3319 Summerwood Lane
Pearland, TX 77584


Ruiz, Andres
2123 Mountain Ranch Drive
Houston, TX 77210-4896


Samson, Lilia S.
2219 Manchester Lane
Pearland, TX 77581


Sandmire, Yvonne
800 Ranch Rd.
Boise, ID 83702


Scheel, Timothy R.
20125 N. Woodland Circle
Mokena, IL 60448


Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission


Self, Mark E.
1464 Drake Lane
Lancaster, PA 17601-4953

Shiakallis, Angela
1322 S. Yale
Arlington Heights, IL 60005


Shiakallis, Theodore
1322 S. Yale
Arlington Heights, IL 60005


Sun Life Financial
P.O. Box 0760
Carol Stream, IL 60132-0760


Teague, Javena
4418 Oakside
Houston, TX 77053


Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


Thomas, Gail M.
3608 Surrey Lane
Brownwood, TX 76801


Transamerica
401 N. Tryon Street, Suite 700
Charlotte, NC 28202


Trousdale, Martha
1610 N. Pennsylvania
Shawnee, OK 74804


Tuomi, Nathan D.
18441 State Hwy 371
Brainerd, MN 56401


Veasaw, Wesley A.
3703 Spring Arbor Way
Kingwood, TX 77345

Wanda L. White Revocable LT
1048 N. Alamo Rd. #215
Alamo, TX 78516-6945


Warnell, Wilbern E. Jr.
19307 Rolling Sage Dr.
Katy, TX 77449


White, David C.
3907 Chestnut Bend
Missouri City, TX 77459


Willis, Betty L.
1021 Jane Dr.
Culloden, WV 25510


Yang, Miriam
2724 Karen Lane
Glenview, IL 60025